# ABSTRACT OF JUDGMENT
## NOTICE

| Names and Addresses of Parties against whom Judgments have been obtained | Names of Parties in whose favor Judgments have been obtained |
|---|---|
| Scott Allensworth<br>23959 Arroyo Park Drive, 150<br>Valencia, CA 91355 | UNITED STATES SECURITIES AND EXCHANGE COMMISSION |

| Amount of Judgment | Names of Creditors' Attorneys | Docket Information |
|---|---|---|
| Disgorgement:<br>$335,260.00<br><br>Plus Pre Judgment Interest:<br>$11,269.83<br><br>Plus Post Judgment Interest | Shuman Sohrn<br>Assistant Chief Litigation Counsel<br>UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br>100 F Street, NE, Mail Stop 5628<br>Washington, D.C. 20549 | Civil Action Number:<br>2:17-cv-07426-CBM-JPR<br><br>Judgment Entry Date:<br>3/14/2018<br><br>Docket Number: 35 |

UNITED STATES OF AMERICA, CLERK'S OFFICE, U.S. DISTRICT COURT FOR THE

_____Central_____ DISTRICT OF _____California_____

I CERTIFY that the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

(DATE) _____August 14_____ 2018

By _____LORI WAGERS_____ Clerk.

1224